UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:23-22943-CIV-ALTONAGA/DAMIAN

BAITMASTERS OF SOUTH FLORIDA, INC.

    Plaintiff,

v.

FFE TRANSPORTATION SERVICES, INC.,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's August 7, 2023 Order and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Baitmasters of South Florida, Inc. respectfully submits the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party, and corporate disclosures.

**INTERESTED PARTIES**

1. Plaintiff, Baitmasters of South Florida, Inc.

2. Defendant, FEE Transportation Services, Inc.

3. Counsel for all parties involved in this litigation.

4. Defendant's insurance carriers.

Baitmasters of South Florida, Inc. ("Baitmasters") is a corporation organized under the laws of the State of Florida, with its principal place of business at 6911 NE 3rd Avenue, Miami, Florida 33138. Baitmasters is not an affiliate or parent of any corporation, and no corporation,

CASE NO.:23-22943-CIV-ALTONAGA/DAMIAN

unincorporated association, partnership or other business entity not a party to the case has a financial interest in the outcome of this litigation.

Respectfully Submitted: August 17, 2023.

**PANZA, MAURER & MAYNARD, P.A.**
*Counsel for Defendant*
Coastal Towers – Suite 905
2400 East Commercial Boulevard
Fort Lauderdale, Florida 33308
Tel:   (954) 390-0100
Fax:   (954) 390-7991

By:   */s/ Richard A. Beauchamp*
Richard A. Beauchamp, Esq.
Florida Bar No.: 471313
rbeauchamp@panzamaurer.com
Benjamin P. Bean, Esq.
Florida Bar No.: 72984
bbean@panzamaurer.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated by asterisk.

By:   */s/ Richard A. Beauchamp*
Richard A. Beauchamp, Esq.

CASE NO.:23-22943-CIV-ALTONAGA/DAMIAN

## **SERVICE LIST**

Benesch, Friedlander, Coplan & Aronoff, LLP
Justin Mark Lovdahl, Esq.
127 Public Square – Suite 4900
Cleveland, Ohio 44114
jlovdahl@beneschlaw.com
Telephone (216) 363-4500